UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61976-BB

IQRIS TECHNOLOGIES, LLC,

        Plaintiff,

v.

POINT BLANK ENTERPRISES, INC., and
NATIONAL MOLDING, LLC,

        Defendants.

_____/

**ORDER ON MOTION FOR PROTECTIVE ORDER [ECF No. 129]**

Defendant National Molding, LLC, moves for a protective order limiting the scope of the Rule 30(b)(6) deposition of its corporate representative. ECF No. 129. I have reviewed the Motion, the Response, and the Reply. The motion is DENIED WITHOUT PREJUDICE.

"In situations where a particular [Rule 30(b)(6)] noticed topic is alleged to be outside the scope of Rule 26 discovery . . . the remedy . . . does *not* involve this Court preemptively reviewing arguments on relevance or overbreadth." *Balu v. Costa Crociere S.P.A.*, No. 11-60031-CIV, 2011 WL 3359681, at *3 (S.D. Fla. Aug. 3, 2011) (J. Torres) (emphasis in original) (noting that "the Rule is intended to be self-executing and must operate extrajudicially") (quoting *New World Network Ltd. v. M/V Norwegian Sea*, 2007 WL 1068124, at *2–3 (S.D. Fla. Apr.6, 2007)). Rather

than the court intervening prior to the scheduled deposition, "the better procedure to follow" is for a corporate deponent to object to a topic as the questions are being posed, and for the opposing party to move to compel additional answers, if necessary, after the deposition. *Balu*, 2011 WL 3359681, at *4. This procedure "will give the Court a factual record with which to judge whether a particular topic or question asked should be compelled or not." *Id.*

So, if National Molding believes that a particular topic listed in the Rule 30(b)(6) notice is improper, it need not prepare a witness to testify on that topic. And, during the deposition, it can object to a particular question and instruct the witness not to answer on relevance grounds.

Both parties proceed at their own risk, however. If the Court later overrules the objection and compels an answer to the question(s), the Court may charge National Molding with fees and costs for reconvening the deposition. Alternatively, if the objection is sustained, the Court may charge Plaintiff for the fees and costs National Molding incurred in preparing a witness on an improper topic.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of October 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE